**Amended Conditions**
**2:12-CR-00185-TLN-4**
**Nadeem Khan**
**January 13, 2014**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern and Northern Districts of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer.  You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the **counseling** services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall not associate or have any contact with co-defendants in this pending case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

13. You shall not obtain any new passport or travel document during the pendency of this case;

14. **You shall participate in the Better Choices court program and comply with all the rules and regulations of the program.  You shall remain in the program until released by a pretrial services officer.  In accordance with this condition, you must appear before the Honorable Allison Claire, courtroom No. 26, on January 21, 2014. At 10:30 a.m.**