1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

NOV 2 0 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>NADEEM KHAN,<br><br>            Defendant. | CASE NO. 2:12-CR-0185 ~~JAM~~ TZN<br><br>VIOLATION: 21 U.S.C. §§ 841(a)(1) – Possession with Intent to Distribute Marijuana |

## SUPERSEDING INFORMATION

The United States Attorney charges: THAT

NADEEM KHAN,

defendant herein, on or about October 12, 2011, in a trailer pulled by a 2008 GMC Yukon, located in the County of Butte, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 50 kilograms of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

Dated: ~~May 20, 2014~~ November 20, 2014

BENJAMIN B. WAGNER
~~United~~ States Attorney

/s/ JASON HITT
Assistant United States Attorney

SUPERSEDING INFORMATION