THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Nadeem Khan

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00185-TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| NADEEM KHAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 5, 2015, at 9:30 a.m. is continued to May 14, 2015, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Defendant needs additional time to prepare for sentencing and requested a continuance.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  January 26, 2015                    By:    /s/ Thomas A. Johnson
                                                    THOMAS A. JOHNSON
                                                    Attorney for Nadeem Khan

DATED:  January 26, 2015

BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Thomas A. Johnson for
JASON HITT
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 28, 2015

Troy L. Nunley
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   Case No. 2:12-cr-00185-TLN
                                         )
            Plaintiff,                   )
                                         )
    vs.                                  )   MODIFICATION OF SCHEDULE FOR
                                         )   PRE-SENTENCE REPORT AND FOR
                                         )   FILING OF OBJECTIONS TO THE PRE-
NADEEM KHAN,                             )   SENTENCE REPORT
                                         )
            Defendant                    )
_____)


Judgment and Sentencing date:                   May 14, 2015

Reply or Statement                              May 7, 2015

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and        April 30, 2015
served on the Probation Officer and opposing
counsel no later than:

The Pre-Sentence Report shall be filed with
the court and disclosed to counsel no later     April 23, 2015
than:

Counsel's written objections to the Pre-
Sentence Report shall be delivered to the       April 9, 2015
Probation Officer and opposing counsel
no later than: