THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:12-cr-00185-TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| vs. | ) ) | |
| NADEEM KHAN, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 14, 2015, at 9:30 a.m. is continued to June 4, 2015, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Defendant needs additional time to prepare for sentencing and requested a continuance.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: April 9, 2015                                 By:   /s/ Thomas A. Johnson
                                                            THOMAS A. JOHNSON
                                                            Attorney for Nadeem Khan

- 1 -

| | | |
|---|---|---|
| DATED:  April 9, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>JASON HITT<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: April 10, 2015

_____
Troy L. Nunley
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

- 3 -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NADEEM KHAN,<br><br>    Defendant | Case No. 2:12-cr-00185-TLN<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | June 4, 2015 |
| Reply or Statement | May 28, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | May 21, 2015 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | May 7, 2015 |