THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>NADEEM KHAN,<br><br>      Defendant. | Case No.: 2:12-cr-00185-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 27, 2015, at 9:30 a.m. is continued to November 19, 2015, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Defendant needs additional time to prepare for sentencing and requested a continuance.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  August 25, 2015                     By:   /s/ Thomas A. Johnson
                                                                           THOMAS A. JOHNSON
                                                                           Attorney for Nadeem Khan

| | | |
|---|---|---|
| 1 | DATED:  August 25, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | By:   /s/ Thomas A. Johnson for |
| 3 | | JASON HITT<br>Assistant United States Attorney |
| 4 | **IT IS SO ORDERED.** | |
| 5 | DATED: August 25, 2015 | |

_____
Troy L. Nunley
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00185-TLN |
| Plaintiff, | |
| vs. | MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |
| NADEEM KHAN, | |
| Defendant | |

| | |
|---|---|
| Judgment and Sentencing date: | November 19, 2015 |
| Reply or Statement | November 12, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 5, 2015 |