THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:12-cr-00185-TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| NADEEM KHAN, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 19, 2015, at 9:30 a.m. is continued to March 10, 2016, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Defendant needs additional time to prepare for sentencing and requested a continuance.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  November 3, 2015            By:   /s/ Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Nadeem Khan

DATED:  November 3, 2015

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Thomas A. Johnson for
JASON HITT
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: November 5, 2015

Troy L. Nunley
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>NADEEM KHAN,<br><br>          Defendant | Case No. 2:12-cr-00185-TLN<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | March 10, 2016 |
| Reply or Statement | March 3, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | February 25, 2016 |