THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>NADEEM KHAN,<br><br>        Defendant. | Case No.: 2:12-cr-00185-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

     **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 5, 2016, at 9:30 a.m. is continued to May 26, 2016, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Defendant needs additional time to prepare for sentencing and requested a continuance.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  April 6, 2016           By:   /s/ Thomas A. Johnson
                                   THOMAS A. JOHNSON
                                   Attorney for Nadeem Khan

DATED:  April 6, 2016

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Thomas A. Johnson for
JASON HITT
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: April 6, 2016

Troy L. Nunley
United States District Judge