THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NADEEM KHAN,<br><br>    Defendant. | Case No.: 2:12-cr-00185-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 26, 2016, at 9:30 a.m. is continued to August 18, 2016, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  May 25, 2016          By:   /s/ Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for Nadeem Khan


DATED:  May 25, 2016                PHILLIP A. TALBERT
                                    Acting United States Attorney

                              By:   /s/ Thomas A. Johnson for
                                    JASON HITT
                                    Assistant United States Attorney

1    **IT IS SO ORDERED.**

3    DATED: May 25, 2016

_____
Troy L. Nunley
United States District Judge