THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:12-cr-00185-TLN |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| NADEEM KHAN, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 18, 2016, at 9:30 a.m. is continued to November 17, 2016, at 9:30 a.m. in the same courtroom.   The continuance is being requested because defense counsel needs additional time to prepare for sentencing. Probation has also been informed of the continuance request.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  August 9, 2016                By:   /s/ Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Nadeem Khan


DATED:  August 9, 2016                      PHILLIP A. TALBERT
                                            Acting United States Attorney

- 1 -

|   |   |
|---|---|
| 1 | By:  /s/ Thomas A. Johnson for |
| 2 | JASON HITT |
|   | Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: August 9, 2016

_____
Troy L. Nunley
United States District Judge

- 2 -