THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>NADEEM KHAN,<br><br>        Defendant. | Case No.: 2:12-cr-00185-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: February 16, 2017<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 17, 2016, at 9:30 a.m. is continued to February 16, 2017, at 9:30 a.m. in the same courtroom.  The continuance is being requested because defense counsel needs additional time to prepare for sentencing.  Probation has also been informed of the continuance request.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  November 14, 2016           By:     /s/ Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Nadeem Khan

- 1 -

| | | |
|---|---|---|
| 1 | DATED:  November 14, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | | By:   /s/ Thomas A. Johnson for<br>      JASON HITT |
| 3 | | Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: November 15, 2016

_____
Troy L. Nunley
United States District Judge

- 2 -