THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Nadeem Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>NADEEM KHAN,<br><br>            Defendant. | Case No.: 2:12-cr-00185-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date:  March 9, 2017<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 16, 2017, is continued to March 9, 2017, at 9:30 a.m. in the same courtroom.   The continuance is being requested because defense counsel needs additional time to prepare for sentencing.  Probation has also been informed of the continuance request.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: February 8, 2017          By:     /s/ Thomas A. Johnson
                                         THOMAS A. JOHNSON
                                         Attorney for Nadeem Khan

DATED: February 8, 2017                  PHILLIP A. TALBERT
                                         Acting United States Attorney

                                 By:     /s/ Thomas A. Johnson for
                                         JASON HITT
                                         Assistant United States Attorney

1  **IT IS SO ORDERED.**

2  DATED: February 8, 2017

3  Troy L. Nunley
   United States District Judge