THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NADEEM KHAN,

    Defendant.

Case No.: 2:12-cr-00185-TLN

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

Date: April 6, 2017
Time: 9:30 a.m.
Judge: Troy L. Nunley

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 9, 2017, is continued to April 6, 2017, at 9:30 a.m. in the same courtroom.   The continuance is being requested because defense counsel needs additional time to prepare for sentencing.  Probation has also been informed of the continuance request.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: March 1, 2017      By:    /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Nadeem Khan

DATED: March 1, 2017            PHILLIP A. TALBERT
                                          Acting United States Attorney

                               By:    /s/ Jason Hitt
                                          JASON HITT
                                          Assistant United States Attorney

1  **IT IS SO ORDERED.**

2  DATED: March 1, 2017

　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge