THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>NADEEM KHAN,<br><br>         Defendant. | Case No.: 2:12-cr-00185-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: June 1, 2017<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 6, 2017, is continued to June 1, 2017, at 9:30 a.m. in the same courtroom.   The continuance is being requested because defense counsel needs additional time to prepare for sentencing.  Probation has also been informed of the continuance request.  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: April 4, 2017                    By:    /s/ Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Nadeem Khan

DATED: April 4, 2017                           PHILLIP A. TALBERT
                                                Acting United States Attorney

                                        By:    /s/ Jason Hitt
                                                JASON HITT
                                                Assistant United States Attorney

1  **IT IS SO ORDERED.**

2  DATED:  April 4, 2017

3  Troy L. Nunley
United States District Judge