THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NADEEM KHAN,<br><br>    Defendant. | Case No.: 2:12-cr-00185-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: August 17, 2017<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 1, 2017, is continued to August 17, 2017, at 9:30 a.m. in the same courtroom. The continuance is being requested because defense counsel needs additional time to prepare for sentencing. Probation has also been informed of the continuance request. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: May 26, 2017                       By:   /s/ Thomas A. Johnson
                                                                        THOMAS A. JOHNSON
                                                                        Attorney for Nadeem Khan

DATED: May 26, 2017                                 PHILLIP A. TALBERT
                                                                         United States Attorney

                                                                        By:   /s/ Jason Hitt
                                                                          JASON HITT
                                                                          Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: May 26, 2017

Troy L. Nunley
United States District Judge