THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NADEEM KHAN,<br><br>Defendant. | Case No.: 2:12-cr-00185-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date:  August 24, 2017<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for August 17, 2017, is continued to August 24,

2017, at 9:30 a.m. in the same courtroom.   The continuance is being requested because

defense counsel is still recovering from knee surgery and needs additional time to prepare

for sentencing.  Probation has also been informed of the continuance request.  Jason Hitt,

Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to

this continuance.


**IT IS SO STIPULATED.**


DATED:  August 15, 2017                    By:    /s/ Thomas A. Johnson
                                                  THOMAS A. JOHNSON
                                                  Attorney for Nadeem Khan

- 1 -

1    DATED:  August 15, 2017                    PHILLIP A. TALBERT
                                                United States Attorney

2                                         By:   /s/ Jason Hitt
                                                JASON HITT
3                                               Assistant United States Attorney

4

5                                    **ORDER**

6    **IT IS SO ORDERED.**

7    DATED: August 15, 2017

8

9                                               _____
                                                Troy L. Nunley
10                                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28